**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



FILED

JUL 0 7 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS ROBERTO ALBANEZ (2),

        Defendant.

CASE NO. 15CR1192-W

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

21:841(a)(1), 846 - Conspiracy to Distribute Marijuana (1);  21:841(a)(1), 18:2 - Possession of

Marijuana with Intent to Distribute, Aiding and Abetting (2)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/7/15

Ruben B. Brooks
U.S. Magistrate Judge